FILED
NOV - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
NOV 07 2007
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No.   SC-07-1401 |
| MARIZA SUAREZ, | Bk. No.   05-14824 |
|       Debtor. | Adv. No.  06-90302 |
| MARIZA SUAREZ, | |
|       Appellant, | '07CV 2175   BEN BLM |
| v. | ORDER: |
| TRACY BARRETT; GERALD H. DAVIS, Trustee; UNITED STATES TRUSTEE, | (1) DENYING MOTION FOR APPOINTMENT OF COUNSEL; AND (2) TRANSFERRING MOTION TO PROCEED IN FORMA PAUPERIS TO DISTRICT COURT. |
|       Appellees. | (Response Required) |

Before:   MARKELL and KLEIN, Bankruptcy Judges.

This is an appeal from a judgment entered in the above-referenced adversary proceeding.

On October 19, 2007, Appellant filed a motion for appointment of counsel and a motion to proceed in forma pauperis ("IFP Motion"). Both motions were forwarded to the BAP.

    **1.  Motion for Appointment of Counsel.**

Under the holding of Perroton v. Gray (In re Perroton), 958 F.2d 889 (9th Cir. 1992), the Bankruptcy Appellate Panel lacks jurisdiction to appoint counsel for Appellant under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Furthermore, federal courts do not have the authority "to make coercive appointments of counsel." <u>Mallard v. United States Dist. Ct. for S. Dist of Iowa</u>, 490 U.S. 296, 310 (1989). Nor is there an absolute right to counsel in civil matters. <u>Hedges v. Resolution Trust Corp. (In re Hedges)</u>, 32 F.3d 1360, 1363 (9th Cir. 1994).

Therefore, Appellant's motion for appointment of counsel is hereby ORDERED DENIED.

**2. Motion to Proceed <u>In Forma Pauperis</u>.**

Under the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) and <u>Determan v. Sandoval (In re Sandoval)</u>, 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant <u>in forma pauperis</u> motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, Appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Southern District of California, for the limited purpose of ruling on the IFP Motion.

It is Appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Friday, December 7, 2007**, Appellant must file with the BAP and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps Appellant has taken to have the IFP Motion considered by the district court.

For the convenience of the district court, copies of the IFP

1 | Motion, the notice of appeal and the order on appeal are attached
2 | to this order.

— THIS FORM MUST BE KEPT CONFIDENTIAL —                                              FW-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mariza Suarez<br>P.O. Box 130054<br>Carlsbad, California 92013<br><br>TELEPHONE NO.: (760) 802-1133   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Pro-Per | ✓ FILED<br>___ ENTERED<br>___ LODGED<br>___ RECEIVED<br><br>OCT 19 2007<br><br>CLERK, U S BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY    TS           DEPUTY |
| NAME OF COURT: United States Bankruptcy Court<br>STREET ADDRESS: 325 West "F" Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, California 92101-6991<br>BRANCH NAME: Southern District of California | |
| PLAINTIFF/ PETITIONER: Tracy Diane Barrett<br>DEFENDANT/ RESPONDENT: Mariza Suarez | |
| APPLICATION FOR<br>WAIVER OF COURT FEES AND COSTS | CASE NUMBER:<br>05-14824-PB7 Adv. 06-90302 |

I request a court order so that I do not have to pay court fees and costs.
1. a. [✓] I am *not* able to pay any of the court fees and costs.
   b. [ ] I am able to pay *only* the following court fees and costs *(specify)*:

2. My current street or mailing address is *(if applicable, include city or town, apartment no., if any, and zip code)*:
   P.O. Box 130054, Carlsbad, California 92013
3. a. My occupation, employer, and employer's address are *(specify)*:
      Designer, Stantec Consulting, Inc.
   b. My spouse's occupation, employer, and employer's address are *(specify)*:
      N/A
4. [ ] I am receiving financial assistance under one or more of the following programs:
   a. [ ] **SSI and SSP:** Supplemental Security Income and State Supplemental Payments Programs
   b. [ ] **CalWORKs:** California Work Opportunity and Responsibility to Kids Act, implementing TANF, Temporary Assistance for Needy Families (formerly AFDC)
   c. [ ] **Food Stamps:** The Food Stamp Program
   d. [ ] **County Relief, General Relief (G.R.), or General Assistance (G.A.)**
5. *If you checked box 4, you must check and complete one of the three boxes below, unless you are a defendant in an unlawful detainer action. Do not check more than one box.*
   a. [ ] *(Optional)* My Medi-Cal number is *(specify)*:
   b. [ ] *(Optional)* My social security number is *(specify)*:
      [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]  and my date of birth is *(specify)*:
      [*Federal law does not require that you give your social security number. However, if you don't give your social security number, you must check box c and attach documents to verify the benefits checked in item 4.*]
   c. [ ] I am attaching documents to verify receipt of the benefits checked in item 4, if requested by the court.
      [*See Form FW-001-INFO, Information Sheet on Waiver of Court Fees and Costs, available from the clerk's office, for a list of acceptable documents.*]

[*If you checked box 4 above, skip items 6 and 7, and sign at the bottom of this side.*]

6. [ ] My total gross monthly household income is less than the amount shown on the *Information Sheet on Waiver of Court Fees and Costs* available from the clerk's office.

[*If you checked box 6 above, skip item 7, complete items 8, 9a, 9d, 9f, and 9g on the back of this form, and sign at the bottom of this side.*]

7. [✓] My income is not enough to pay for the common necessaries of life for me and the people in my family whom I support and also pay court fees and costs. [*If you check this box, you must complete the back of this form.*]

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

I declare under penalty of perjury under the laws of the State of California that the information on both sides of this form and all attachments are true and correct.
Date: October 19, 2007
Mariza Suarez
                        (TYPE OR PRINT NAME)                   ▶                    (SIGNATURE)

(Financial information on reverse)                                                          Page 1 of 2

Form Adopted for Mandatory Use          APPLICATION FOR WAIVER OF COURT FEES AND COSTS              Government Code,
Judicial Council of California                          (Fee Waiver)                                    § 68511.3
FW-001 [Rev. July 1, 2007]                                                                          www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

FW-001

| | |
|---|---|
| PLAINTIFF/PETITIONER: Tracy Diane Barrett | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Mariza Suarez | 05-14824-PB7 Adv. 06-90302 |

## FINANCIAL INFORMATION

8. [✓] My pay changes considerably from month to month. *[If you check this box, each of the amounts reported in item 9 should be your average for the past 12 months.]*

9. **MY MONTHLY INCOME**
   a. My gross monthly pay is: .............. $ 4701.50
   b. My payroll deductions are *(specify purpose and amount)*:
      (1) Taxes           $ 1354.00
      (2) Insurance       $ 345.00
      (3) Child Support   $ 1220.00
      (4) _____       $ _____
      My TOTAL payroll deduction amount is:  $ 2919.00
   c. My monthly take-home pay is
      (a. minus b.): ..................... $ 1782.50
   d. Other money I get each month is *(specify source and amount; include spousal support, child support, parental support, support from outside the home, scholarships, retirement or pensions, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest or royalty, trust income, annuities, net business income, net rental income, reimbursement of job-related expenses, and net gambling or lottery winnings)*:
      (1) _____ $ _____
      (2) _____ $ _____
      (3) _____ $ _____
      (4) _____ $ _____
      The TOTAL amount of other money is: $ 0.00
      *(If more space is needed, attach page labeled Attachment 9d.)*
   e. **MY TOTAL MONTHLY INCOME IS**
      (c. plus d.): ..................... $ 1782.50
   f. Number of persons living in my home: 3
      Below list all the persons living in your home, including your spouse, who depend in whole or in part on you for support, or on whom you depend in whole or in part for support:

      | Name | Age | Relationship | Gross Monthly Income |
      |---|---|---|---|
      | (1) Tiffany Suar | 13 | Daughter | $ 0.00 |
      | (2) Elisa Suarez- | 10 | Daughter | $ 0.00 |
      | (3) | | | $ |
      | (4) | | | $ |
      | (5) | | | $ |

      The TOTAL amount of other money is: $ 0.00
      *(If more space is needed, attach page labeled Attachment 9f.)*
   g. **MY TOTAL GROSS MONTHLY HOUSEHOLD INCOME IS**
      (a. plus d. plus f): ............... $ 4701.50

10. I own or have an interest in the following property:
    a. Cash ........................... $ 10.00
    b. Checking, savings, and credit union accounts (list *banks*):
       (1) PLCU        $ 20.00
       (2) _____     $ _____
       (3) _____     $ _____
       (4) _____     $ _____

   c. Cars, other vehicles, and boats *(list make, year, fair market value (FMV), and loan balance of each)*:

      | Property | FMV | Loan Balance |
      |---|---|---|
      | (1) Car | $ 8500.00 | $ 2800.00 |
      | (2) | $ | $ |
      | (3) | $ | $ |

   d. Real estate *(list address, estimated fair market value (FMV), and loan balance of each property)*:

      | Property | FMV | Loan Balance |
      |---|---|---|
      | (1) Vacant land | $ 700.00 | $ 0.00 |
      | (2) | $ | $ |
      | (3) | $ | $ |

   e. Other personal property — jewelry, furniture, furs, stocks, bonds, etc. *(list separately)*:
      $ 0.00

11. **My monthly expenses not already listed in Item 9b above are the following:**
    a. Rent or house payment & maintenance     $ 800.00
    b. Food and household supplies ......       $ 250.00
    c. Utilities and telephone .........        $ 215.00
    d. Clothing ........................        $ 90.00
    e. Laundry and cleaning ............        $ 50.00
    f. Medical and dental payments .....        $ 150.00
    g. Insurance (life, health, accident, etc.) $ _____
    h. School, child care ..............        $ _____
    i. Child, spousal support (prior marriage)  $ _____
    j. Transportation and auto expenses
       (insurance, gas, repair) .........       $ 280.00
    k. Installment payments *(specify purpose and amount)*:
       (1) Car Payment     $ 233.00
       (2) Credit Card     $ 150.00
       (3) _____       $ _____
       The TOTAL amount of monthly
       installment payments is: ........       $ 383.00
    l. Amounts deducted due to wage assignments and earnings withholding orders:  $ 1695.00
    m. Other expenses *(specify)*:
       (1) _____ $ _____
       (2) _____ $ _____
       (3) _____ $ _____
       (4) _____ $ _____
       (5) _____ $ _____
       The TOTAL amount of other monthly
       expenses is: ..................... $ _____
    n. **MY TOTAL MONTHLY EXPENSES ARE**
       (add a. through m.): ............  $ 2218.00

12. Other facts that support this application are *(describe unusual medical needs, expenses for recent family emergencies, or other unusual circumstances or expenses to help the court understand your budget; if more space is needed, attach page labeled Attachment 12)*:
    I WAS LAID-OFF FROM A JOB AND ON DISSABILITY WITHIN LAST 2 YEARS.

---

**WARNING:** You must immediately tell the court if you become able to pay court fees or costs during this action. You may be ordered to appear in court and answer questions about your ability to pay court fees or costs.

FW-001 (Rev. July 1, 2007)    **APPLICATION FOR WAIVER OF COURT FEES AND COSTS**    Page 2 of 2
                                                    (Fee Waiver)

MARIZA SUAREZ
P.O. BOX 130054
CARLSBAD, CA. 92013
Telephone: (760) 802-1133

DEFENDANT, PRO SE
MARIZA SUAREZ

```
____ FILED
____ ENTERED
____ LODGED
____ RECEIVED

OCT 19 2007

CLERK, U S BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      TS           DEPUTY
```

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Bankruptcy No. 05-14824-B7 |
| MARIZA SUAREZ, | Adversary No. 06-90302-B7 |
| Debtor. | **NOTICE OF APPEAL** |
| TRACY BARRETT, | |
| Plaintiff, | |
| v. | |
| MARIZA SUAREZ, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, Defendant, MARIZA SUAREZ, appeals under 28 U.SC. § 158 (a) or (b) from the judgment of nondischargeabilty pursuant to 11 U.S.C § 523 (a) (6) of the bankruptcy Judge Peter W. Bowie after court trial in this adversary proceeding, which was entered on October 10, 2007.

DATED: October 19, 2007

BY: _____
APPELLANT, PRO SE, MARIZA SUAREZ

BARRETT v. SUAREZ                    1                    NOTICE OF APPEAL

1 | 11 U.S.C. § 523(a)(6) shall be, and hereby is entered in favor of
2 | plaintiff Barrett and against debtor/defendant Suarez.

    IT IS SO ORDERED.

    DATED: OCT 1 0 2007

    _____
    PETER W. BOWIE, Chief Judge
    United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re Case No. 05-14824-B7
     Adv. No. 06-90302-B7

**CERTIFICATE OF MAILING**

The undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Southern District of California, at San Diego, hereby certifies that a true copy of the attached document, to wit:

JUDGMENT

was enclosed in a sealed envelope bearing the lawful frank of the Bankruptcy Judges and mailed to each of the parties at their respective address listed below:

| Attorney for Plaintiff: | Attorney for Defendant: |
|---|---|
| Pamela Kleinkauf, Esq.<br>16776 Bernardo Center Drive,<br> Suite 203<br>San Diego, CA 92128 | Bill Parks, Esq.<br>316 South Melrose Drive,<br> Suite 100<br>Vista, CA 92081 |

Said envelope(s) containing such document were deposited by me in a regular United States mail box in the City of San Diego, in said district on October 10, 2007.

_Barbara J. Kelly_
Barbara J. Kelly, Judicial Assistant

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED NOV - 6 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY**

**I (a) PLAINTIFFS**

Mariza Suarez

**DEFENDANTS**

Tracy Barrett; Gerald H. Davis, Trustee

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Mariza Suarez
P.O. Box 130054
Carlsbad, CA. 92013
(760) 802-1133

**ATTORNEYS (IF KNOWN)**

'07 CV 2175 BEN BLM

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 USC 158

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☒ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $** 

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE ___ SIGNATURE OF ATTORNEY OF RECORD