UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIZA SUAREZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TRACY BARRETT; GERALD H. DAVIS;<br>UNITED STATES TRUSTEE,<br><br>　　　　　Defendants. | Civil No. 07CV2175-BEN (BLM)<br><br>BAP No. SC-07-1401<br>Bk. No. 05-14824<br>Adv. No. 06-90302<br><br>**ORDER GRANTING MOTION TO**<br>**APPEAL *IN FORMA PAUPERIS*** |

　　　Presently before the Court is Plaintiff's Motion to Appeal *In Forma Pauperis* from a judgment entered in the adversary bankruptcy proceeding [Doc. No. 1]. Plaintiff filed a declaration in support of her motion. It appears from Plaintiff's declaration that her total monthly expenses for the common necessaries of life currently exceed her total monthly income. Therefore, the Court GRANTS Plaintiff's Motion to Appeal IFP [Doc. No. 1].

　　　**IT IS SO ORDERED.**

DATED: December 18, 2007

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　United States District Judge